UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

                      Plaintiff,

                   -against-

BLIZZARD BUSTERS SNOWPLOWING CORP., ROSE
WHYTE, and COSTCO WHOLESALE CORPORATION,

                      Defendants.
------------------------------------------------------------------------X

Civil Action No. 7:23-cv-00317-KMK

~~PROPOSED~~ **DEFAULT JUDGMENT**

      This action having been commenced on January 13, 2023, by the filing of the Summons and Complaint; and

      A copy of the Summons and Complaint having been served on defendant Blizzard Busters Snowplowing Corp. on February 2, 2023, by delivery to Jennifer Pelusi, who is authorized to accept service of behalf of Blizzard Busters Snowplowing Corp., and proof of that service having been filed on February 9, 2023; and

      The defendant Blizzard Busters Snowplowing Corp. not having answered the Complaint, and its time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED, and DECREED that default judgment is granted against defendant Blizzard Busters Snowplowing Corp., declaring that: (i) there is no coverage for defendant Blizzard Busters Snowplowing Corp. for the underlying lawsuit styled *Rose Whyte v. Costco Wholesale Corporation, et al.* pending in the Supreme Court of the State of New York, County of Bronx, Index No. 809503/2021E (the "Underlying Action"); (ii) Travelers owes no duty to defend Blizzard Busters Snowplowing Corp. in connection with the Underlying Action; (iii) Travelers owes no duty to indemnify Blizzard Busters Snowplowing Corp. in connection with the

Underlying Action; and (iv) Travelers may withdraw its defense of Blizzard Busters Snowplowing Corp. in the Underlying Action.

Dated: 7/6/23

_____
Hon. Kenneth M. Karas, U.S.D.J.

This document was entered on the docket on _____.